```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 14172
    RUSSELL R SLIWA
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

         Debtor
    SSN XXX-XX-2889


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/01/06 and confirmed on 03/08/07.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  17642.16 .

    4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                            PAID            PAID
-------------------------------------------------------------------------------
CITIFINANCIAL MORTGAGE   CURRENT MORTG         .00              .00              .00
CITIFINANCIAL MORTGAGE   MORTGAGE ARRE     7016.46              .00          7016.46
FIA CARD SERVICES        UNSECURED         NOT FILED            .00              .00
CAPITAL ONE BANK         UNSECURED          577.76              .00           577.76
B REAL LLC               UNSECURED         6872.82              .00          6872.82
COMED                    UNSECURED         NOT FILED            .00              .00
ECAST SETTLEMENT CORPORA UNSECURED          741.15              .00           741.15
NICOR GAS                UNSECURED         NOT FILED            .00              .00
SBC AMERITECH            UNSECURED         NOT FILED            .00              .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER           TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  7016.46          .00      8191.73          .00        15208.19
PRINCIPAL PAID      7016.46          .00      8191.73          .00        15208.19
INTEREST PAID           .00          .00           .00         .00              .00
TOTAL PAID          7016.46          .00      8191.73          .00        15208.19
```

The Debtor's attorney, ROBERT V SCHALLER                , was allowed $   3000.00
and was paid $   1500.00   direct and $   1500.00   through the plan.

The Trustee received $    758.68 .

Refunds to the Debtor totaled $    175.29 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated:  08/20/08                   /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 06 B 14172 RUSSELL R SLIWA